NICK S. PUJJI (SBN 259571)
nick.pujji@dentons.com
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: 213 623 9300
Facsimile: 213 623 9924

Attorneys for Defendant
GB CHEFING LLC d/b/a ZOLA

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CERVANTES, an individual,<br><br>Plaintiff,<br>v.<br>GB CHEFING LLC d/b/a ZOLA, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00925-TLN-JDP<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Action Filed: May 31, 2022<br>Current Response Date: August 8, 2022<br>New Response Date: September 7, 2022 |

WHEREAS, Plaintiff Daniel Cervantes ("Plaintiff") filed the Complaint on May 31, 2022; and

WHEREAS, through the Parties' (Plaintiff and Defendant collectively referred to as the "Parties") prior stipulation, the current deadline for a responsive pleading by Defendant GB Chefing LLC d/b/a Zola ("Defendant") is August 8, 2022; and

WHEREAS, the Parties are investigating Plaintiff's allegations, which is a time-consuming process given the highly technical nature of the allegations; and

WHEREAS, the Parties are conferring, will continue to confer, and would like more time to continue their discussions to explore the possibility of dismissing the case within thirty (30) days;

- 1 -

SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

122065076\V-1

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel as follows:

Defendant's deadline to file a responsive pleading to Plaintiff's Complaint shall be extended by thirty (30) calendar days to September 7, 2022.

IT IS SO STIPULATED.

Dated: August 5, 2022

Respectfully submitted,

DENTONS US LLP

By: */s/ Nick S. Pujji*
    Nick S. Pujji

Attorney for Defendant
GB CHEFING LLC d/b/a ZOLA

Dated: August 5, 2022

WILSHIRE LAW FIRM

By: */s/ Binyamin Manoucheri*
    Thiago M. Coelho
    Binyamin Manoucheri

Attorneys for Plaintiff
DANIEL CERVANTES

IT IS SO ORDERED.

_____
Troy L. Nunley
United States District Judge

- 2 -

SECOND STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT

122065076\V-1

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

## **SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: August 5, 2022

DENTONS US LLP

By: */s/ Nick S. Pujji*
Nick S. Pujji

Attorneys for Defendant
GB CHEFING LLC d/b/a ZOLA