1  NICK S. PUJJI (SBN 259571)
2  nick.pujji@dentons.com
   601 South Figueroa Street, Suite 2500
3  Los Angeles, California 90017-5704
   Telephone:   213 623 9300
4  Facsimile:    213 623 9924

5  Attorneys for Defendant
   GB CHEFING LLC d/b/a ZOLA

6

7

8                    UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  DANIEL CERVANTES, an individual,    Case No. 2:22-cv-00925-TLN-JDP

12              Plaintiff,               **THIRD STIPULATION AND ORDER
                                         TO EXTEND TIME TO RESPOND TO
13        v.                             COMPLAINT**

14  GB CHEFING LLC d/b/a ZOLA, a         Action Filed:          May 31, 2022
    California limited liability company;
15  and DOES 1 to 10, inclusive,         Current Response Date: September 7, 2022
                                         New Response Date:     October 7, 2022
16              Defendants.

17

18        WHEREAS, Plaintiff Daniel Cervantes ("Plaintiff") filed the Complaint on

19  May 31, 2022; and

20        WHEREAS, through the Parties' (Plaintiff and Defendant collectively

21  referred to as the "Parties") prior stipulation, the current deadline for a responsive

22  pleading by Defendant GB Chefing LLC d/b/a Zola ("Defendant") is September 7,

23  2022; and

24        WHEREAS, the Parties are investigating Plaintiff's allegations, which is a

25  time-consuming process given the highly technical nature of the allegations; and

26        WHEREAS, the Parties are conferring, will continue to confer, and are close

27  to concluding their discussions to explore the possibility of dismissing the case

28  within thirty (30) days;

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

- 1 -

1    THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and

2  through the Parties' respective counsel as follows:

3    Defendant's deadline to file a responsive pleading to Plaintiff's Complaint

4  shall be extended by thirty (30) calendar days to October 7, 2022.

5    IT IS SO STIPULATED.

6

7  Dated: September 7, 2022          Respectfully submitted,

8                                   DENTONS US LLP

9                                   By: */s/ Nick S. Pujji*

10                                       Nick S. Pujji

11                                   Attorney for Defendant
                                     GB CHEFING LLC d/b/a ZOLA

12

13  Dated: September 7, 2022          WILSHIRE LAW FIRM

14                                   By: */s/ Binyamin Manoucheri*
                                         Thiago M. Coelho

15                                       Binyamin Manoucheri

16                                   Attorneys for Plaintiff
                                     DANIEL CERVANTES

17

18

19

20

21    IT IS SO ORDERED.

22

23  Dated: September 8, 2022

24                                   Troy L. Nunley
                                     United States District Judge

25

26

27

28

THIRD STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300