NICK S. PUJJI (SBN 259571)
nick.pujji@dentons.com
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: 213 623 9300
Facsimile: 213 623 9924

Attorneys for Defendant
GB CHEFING LLC d/b/a ZOLA

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CERVANTES, an individual,<br><br>　　　　　Plaintiff,<br>v.<br>GB CHEFING LLC d/b/a ZOLA, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00925-TLN-JDP<br><br>**FINAL STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Action Filed:　　　　　May 31, 2022<br>Current Response Date: October 7, 2022<br>New Response Date:　　November 7, 2022 |

　　　　WHEREAS, Plaintiff Daniel Cervantes ("Plaintiff") filed the Complaint on May 31, 2022; and

　　　　WHEREAS, through the Parties' (Plaintiff and Defendant collectively referred to as the "Parties") prior stipulations, the current deadline for a responsive pleading by Defendant GB Chefing LLC d/b/a Zola ("Defendant") is October 7, 2022; and

　　　　WHEREAS, the Parties are investigating Plaintiff's allegations, which is a time-consuming process given the highly technical nature of the allegations; and

　　　　WHEREAS, the Parties are conferring (including via telephone and email), will continue to confer, and would like more time to finalize their discussions toward the possibility of dismissing the case within thirty (30) days;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel as follows:

Defendant's deadline to file a responsive pleading to Plaintiff's Complaint shall be extended by thirty-one (31) calendar days to Monday, November 7, 2022.

IT IS SO STIPULATED.

Dated: October 6, 2022					Respectfully submitted,

							DENTONS US LLP

							By: /s/ Nick S. Pujji
							       Nick S. Pujji

							Attorney for Defendant
							GB CHEFING LLC d/b/a ZOLA

Dated: October 6, 2022					WILSHIRE LAW FIRM

							By: /s/ Binyamin Manoucheri
							       Thiago M. Coelho
							       Binyamin Manoucheri

							Attorneys for Plaintiff
							DANIEL CERVANTES

	IT IS SO ORDERED.

Dated: October 11, 2022					_____
							Troy L. Nunley
							United States District Judge