NICK S. PUJJI (SBN 259571)
nick.pujji@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:     213 623 9300
Facsimile:      213 623 9924

Attorneys for Defendant
GB CHEFING LLC d/b/a ZOLA

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CERVANTES, an individual,<br><br>    Plaintiff,<br>v.<br><br>GB CHEFING LLC d/b/a ZOLA, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No. 2:22-cv-00925-TLN-JDP<br><br>**LAST AND FINAL STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER**<br><br>Action Filed:           May 31, 2022<br><br>Current Response Date: November 7, 2022<br>New Response Date:     December 7, 2022 |

WHEREAS, Plaintiff Daniel Cervantes ("Plaintiff") filed the Complaint on May 31, 2022; and

WHEREAS, through the Parties' (Plaintiff and Defendant collectively referred to as the "Parties") prior stipulations, the current deadline for a responsive pleading by Defendant GB Chefing LLC d/b/a Zola ("Defendant") is November 7, 2022; and

WHEREAS, the Parties are completing their investigation of Plaintiff's allegations, which is a time-consuming process given the highly technical nature of the allegations; and

WHEREAS, the Parties are conferring (including via telephone and email), will continue to confer, and would like more time to finalize their discussions and dismiss this case within thirty (30) days; and

WHEREAS, the Parties previously submitted a Final Stipulation and Order to Extend Time to Respond to Complaint which was approved on October 11, 2022 [ECF 12], but now require additional time to complete and finalize their discussions, which are anticipated to result in dismissal within thirty (30) days; and

WHEREAS, the Parties will request no further extensions of the response deadline beyond the date requested in this stipulation;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel as follows:

Defendant's deadline to file a responsive pleading to Plaintiff's Complaint shall be extended by thirty (30) calendar days to December 7, 2022.

IT IS SO STIPULATED.

Dated: November 7, 2022

Respectfully submitted,

DENTONS US LLP

By: /s/ Nick S. Pujji
    Nick S. Pujji

Attorney for Defendant
GB CHEFING LLC d/b/a ZOLA

Dated: November 7, 2022

WILSHIRE LAW FIRM

By: /s/ Binyamin Manoucheri
    Thiago M. Coelho
    Binyamin Manoucheri

Attorneys for Plaintiff
DANIEL CERVANTES

**IT IS SO ORDERED.**

Dated: November 8, 2022

Troy L. Nunley
United States District Judge